UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

June 22, 2023

Eric Witt  
170 Coolidge Road  
Bennett, CO 80102

**RE:**   **23-1183, Witt v. State of Colorado, et al**  
Dist/Ag docket: 1:22-CV-02242-CNS-NRN

Dear Appellant:

Please note the following requirements for prosecuting this matter.

The record on appeal in this case will consist of copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.4(E). As such, you do not need to submit any record materials to the court.

A separate fee is due for initiating an appeal to the circuit court. You are required to pay the $505.00 fee ($5.00 filing fee and $500.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees. Since the fee for this appeal has not been paid and district court has not granted you leave to proceed on appeal without prepayment of fees, you must pay the $505.00 fee to the district clerk or apply to this court for leave to proceed on appeal without prepayment of fees as provided in Fed. R. App. P. 3(e). You may complete the Motion For Leave To Proceed On Appeal Without Prepayment Of Costs Or Fees form (which will be provided to you) and return it to this court within 40 days of the date of this letter. Unless the fee is paid to the district court or the form is returned to this court within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

The deadline for a response brief will not be set until the fee is paid or compliant forms are filed.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Alison Berry
        David R. Doughty
        Andrew M. Katarikawe

CMW/na