FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

August 2, 2023

Christopher M. Wolpert
Clerk of Court

———————————————

ERIC WITT,

   Plaintiff - Appellant,

v.

STATE OF COLORADO, et al.,

   Defendants - Appellees.

No. 23-1183
(D.C. No. 1:22-CV-02242-CNS-NRN)
(D. Colo.)

———————————————

**ORDER**

———————————————

This matter is before the court on its own initiative following a review of the court's docket.

The court notes that in a separate matter before this court, case no. 23-1140, appellant Eric Witt was granted permission to proceed *in forma pauperis*. However, that permission was limited to case no. 23-1140 only. It does not apply to this appeal.

In this appeal, Mr. Witt has neither paid the $505 appellate filing fee in the district court, nor filed a proper motion to proceed *in forma pauperis*.

To avoid dismissal in this appeal, Mr. Witt must either pay the $505 appellate filing fee in the district court or file a proper motion to proceed *in forma pauperis*. If Mr. Witt chooses to file a motion for leave to proceed *in forma pauperis* in this appeal, he must file that motion in this court, using the form enclosed with this order.

On or before **August 16, 2023**, Mr. Witt must either (i) pay the $505 appellate filing fee in the district court; or (ii) file, in this court, a motion to proceed *in forma pauperis*, using the form enclosed with this order. If Mr. Witt fails to take one of these actions **on or before August 16, 2023**, the court may dismiss this appeal without any additional notice. *See* 10th Cir. R. 3.3(B); 42.1.

                                                    Entered for the Court

                                                CHRISTOPHER M. WOLPERT, Clerk