FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

June 16, 2023

Christopher M. Wolpert
Clerk of Court

---

ERIC WITT,

    Plaintiff - Appellant,

v.

STATE OF COLORADO; DAVID R. DOUGHTY (Attorney); JANEWAY LAW FIRM, P.C.; TERI VASQUEZ (Judge),

    Defendants - Appellees.

No. 23-1183
(D.C. No. 1:22-CV-02242-CNS-NRN)
(D. Colo.)

---

**ORDER**

---

Before **McHUGH** and **CARSON**, Circuit Judges.

---

Eric Witt has filed an "Emergency Motion for Stay of Execution Pending Appeal," which asks this court to stay a post-foreclosure eviction order pending resolution of his appeal. In deciding whether to grant a stay motion, we consider "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v. Holder*, 556 U.S. 418, 434 (2009) (internal quotation marks omitted). Mr. Witt "bears the burden of showing that the circumstances

justify an exercise of [the court's] discretion." *Id.* Mr. Witt has failed to demonstrate his entitlement to a stay, so the court denies his motion.

                                      Entered for the Court

                                      CHRISTOPHER M. WOLPERT, Clerk